**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DETELIN DRAGANOV, | No. 13-35391 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-00260-RSL |
| v. | |
| STATE OF WASHINGTON, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted October 14, 2014[**]

Before:     LEAVY, GOULD, and BERZON, Circuit Judges.

Detelin Draganov appeals pro se from the district court's order dismissing

his 42 U.S.C. § 1983 action alleging constitutional violations in connection with

state court proceedings involving Draganov.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review de novo the district court's dismissal under 28 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1915(e)(2) for failure to state a claim. *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed Draganov's action because Draganov failed to allege facts sufficient to state a plausible claim for relief under any viable legal theory. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be liberally construed, a plaintiff still must present factual allegations sufficient to state a plausible claim for relief). Moreover, the Eleventh Amendment bars Draganov's action against the State of Washington. *See Brooks v. Sulphur Springs Valley Elec. Coop.*, 951 F.2d 1050, 1053 (9th Cir. 1991) (Eleventh Amendment immunity bars suits in federal court against a state by its own citizens).

We reject Draganov's contention, set forth in his notice of appeal, that the district court's dismissal order improperly denied Draganov his right to a fair jury trial.

**AFFIRMED.**